UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUFUS DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN COLLINS, et al.,<br><br>    Defendants. | Case No. C05-0839-RSL-JPD<br><br>ORDER DENYING<br>PLAINTIFF'S MOTION<br>FOR EXTENSION OF TIME |

On July 19, 2005, plaintiff filed a motion for extension of time in connection with his 42 U.S.C. § 1983 civil rights suit. Dkt. No. 20. Having carefully reviewed plaintiff's motion and the record, the Court orders as follows:

(1) Plaintiff's motion for extension of time, Dkt. No. 20, is DENIED. Based on the Court's review of the docket, there are no pending deadlines from which plaintiff would require relief. Plaintiff is advised that the Court will issue a scheduling order for this case after the defendants have responded to his complaint. Should plaintiff's current concerns regarding his ability to meet the Court's deadlines continue once the schedule is announced, he may file a motion to extend at that time.

(2) The Clerk is directed to send a copy of the Order to plaintiff, to counsel for the defendants and to the Honorable Robert S. Lasnik.

ORDER DENYING
PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

01
02        DATED this 25th day of July, 2005.
03
04                                               *James P. Donohue*
                                                 _____
05                                               JAMES P. DONOHUE
                                                 United States Magistrate Judge
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING
PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2