UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUFUS DAVIS, | ) |
| Plaintiff, | ) Case No. C05-0839-RSL-JPD |
| v. | ) |
| SUSAN COLLINS, et al., | ) ORDER GRANTING STIPULATION TO DISMISS |
| Defendants. | ) |

This matter, having come before the Court upon agreed stipulation of the parties, and the Court being so advised,

It is therefore ORDERED:

(1) The case is DISMISSED without prejudice.

(2) The clerk is directed to send copies of this Order to plaintiff, defendants, and to United States Magistrate Judge James P. Donohue.

Dated this 24th day of October, 2005.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

Recommended for entry this
4th day of October, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -1